UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA EDEZA AGUILERA,<br><br>    Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CASE NUMBER: 1:21-cv-00384-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT THE REQUIRED DOCUMENTS TO THE US MARSHALL** |

Pursuant to docket entry 5-3, dated March 15, 2021 ("Instructions for Service of Social Security Appeals"), Plaintiff must submit the following documents to the United States Marshal (via the office of the clerk)[1]:

    1. The original Summons and five (5) copies of the Summons  (Docket Entry 4)

    2. Five (5) copies of the Order directing service by the U.S. Marshal (Docket Entry 3)

    3. Five (5) copies of the Complaint (Docket Entry 1)

    4. One completed USM-285 form addressed to the Social Security Administration (Docket Entry 5-3, page 3)

    5. Five (5) copies of any other documents to be served

After Plaintiff has submitted these documents, Plaintiff must also file a "Notice of Submission of Documents in Social Security Appeal" indicating that she did so (Docket Entry 5-3, page 2).

---

[1] The address to which Plaintiff must submit these documents is noted at the top of Docket Entry 5-3, page 1.

1

Accordingly, Plaintiff is directed to submit the above documents and file the notice confirming she did so within 20 days of the entry of this order.

IT IS SO ORDERED.

Dated: __April 13, 2021__             __/s/ Gary S. Austin__
                                      UNITED STATES MAGISTRATE JUDGE