UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE EDEZA AGUILERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, ACTING<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:21-cv-00384-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLETE THE CONSENT/DECLINE FORM; AND DIRECTING CLERK OF COURT TO SERVE PLAINTIFF** |

　　　　Plaintiff was served a copy of the Order Regarding Consent or Request for Reassignment on March 15, 2021, and was also served a copy of the form of Consent/Decline of Magistrate Judge Jurisdiction. Doc. 5-1, 5-2.  Within 90 days of March 15, 2021, Plaintiff was to complete the form (Doc. 5-2) indicating whether she consents to proceed before a magistrate judge for all proceedings including entry of final judgment, or whether she would request reassignment to a United States District Judge.

　　　　Accordingly, within 21 days of the issuance of this order, Plaintiff is **DIRECTED** to complete the Consent/Decline form and submit the same to the Clerk's Office.[1]

　　　　The Clerk of Court is **DIRECTED** to serve paper copies to Plaintiff's home address of: 1) this order, 2) the Order Regarding Consent (Doc. 5-1), and 3) the Consent form (Doc. 5-2).

IT IS SO ORDERED.

---

[1] UNITED STATES DISTRICT COURT
Eastern District of California
Office of the Clerk
501 I Street
Suite 4-200
Sacramento, California 95814

Dated:     **February 25, 2022**                    **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE