UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE EDEZA AGUILERA,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, ACTING<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:21-cv-00384-GSA<br><br>**ORDER VACATING OLD SCHEDULING ORDER; DIRECTING CLERK TO ISSUE REVISED SCHEDULING ORDER; AND DIRECTING PAPER SERVICE ON PRO SE PLAINTIFF** |

    The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, it is **ORDERED** that the original scheduling order, Docket Number 5, is **VACATED.**

    The Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which eliminates with the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on Plaintiff's motion for summary judgment, Defendant's response brief, and the Plaintiff's reply brief, respectively.

    The Clerk of Court is further **DIRECTED** to **SERVE** pro se Plaintiff a paper copy of this order and the revised scheduling order at her home address.

IT IS SO ORDERED.

  Dated:   **February 25, 2022**             **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE